**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 23 2023 ★
BROOKLYN OFFICE

# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE    Cheryl L. Pollak              DATE:  2/23/23

DOCKET NUMBER:    23CR82(~~MKB~~) EK            Log #: ~~30872~~ 3:33 4:23

DEFENDANT'S NAME:    Carlos Watson
✓ Present    __ Not Present    ✓ Custody    __ Bail

DEFENSE COUNSEL:    Arlo Devlin-Brown
__ Federal Defender    __ CJA    ✓ Retained

A.U.S.A:  Jonathan Siegel                CLERK:   Felix Chin

INTERPRETER: _____ (Language) _____

✓ Defendant arraigned on the: ✓ indictment __ superseding indictment __ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

__ DETENTION HEARING Held.    ✓ Defendant's first appearance.

✓ Bond set at  $1 million  . Defendant ✓ released __ held pending satisfaction of bond conditions.

✓ Defendant advised of bond conditions set by the Court and signed the bond.

2 Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

__ (Additional) surety/ies to co-sign bond by _____

__ After hearing, Court orders detention in custody.  __ Leave to reopen granted

__ Temporary Order of Detention Issued. Bail Hearing set for _____

__ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start 2/23/23  Stop 4/3/23

__ Rule 5f warnings given to the govt.    __ Medical memo issued.

__ Defendant failed to appear, bench warrant issued.

✓ Status conference set for  4/3/23 @ 3:30  before Judge  Komitee

Other Rulings: Transcript ordered sealed with redacted copy available to the public.