# SHER TREMONTE LLP

March 7, 2023

**BY ECF**

The Honorable Eric R. Komittee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Carlos Watson*, 23-CR-082 (EK)

Dear Judge Komittee:

      As Your Honor knows, we were recently retained to represent Mr. Watson in the above-referenced matter. We write to respectfully request that the Court issue an unsealing order as to the parties for the transcript of the bail hearing that occurred on February 23, 2023. Dkt. No. 8. We have ordered a copy of the transcript and have been advised by the court reporter that an unsealing order is required. Accordingly, we respectfully request that the transcript be unsealed as to the parties.

      Respectfully submitted,

      /s/Noam Biale
      Noam Biale
      Justine A. Harris
      Michael Tremonte
      SHER TREMONTE LLP
      90 Broad Street, 23rd Floor
      New York, New York 10004
      T: (212) 202-2600
      : (212) 202-4156
      nbiale@shertremonte.com

cc: Assistant U.S. Attorneys Jonathan Siegel, Gillian Kassner, and Dylan A. Stern (by ECF)