SHER TREMONTE LLP

March 7, 2023

**BY ECF**

The Honorable Eric R. Komittee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: *United States v. Carlos Watson*, 23-CR-082 (EK)**

Dear Judge Komittee:

We write on behalf of our client, Carlos Watson, to respectfully request a modification to the conditions of release to allow Mr. Watson additional time to secure the bond with real property. The bond provides that Mr. Watson shall have until March 8, 2023 to post property to secure the bond. The process for securing a federal bond in New York with California property has some complexity and, as we were just recently retained, we are endeavoring to assist Mr. Watson with that process as expeditiously as possible. However, more time is needed to complete this administrative process. Accordingly, we respectfully request an extension of time until March 17, 2023 to post property to secure the bond. The government consents to this request.

We appreciate the Court's consideration.

Respectfully submitted,

/s/Noam Biale
Noam Biale
Justine A. Harris
Michael Tremonte
SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004
T: (212) 202-2600
F: (212) 202-4156
nbiale@shertremonte.com

cc: Assistant U.S. Attorneys Jonathan Siegel, Gillian Kassner, and Dylan A. Stern (by ECF)