```
 1                     UNITED STATES DISTRICT COURT

 2                 EASTERN DISTRICT OF NEW YORK (BROOKLYN)

 3    UNITED STATES OF AMERICA,
                                       Case No. 1:23-cr-00082-EK-2
 4              Plaintiff,

 5    v.                               Brooklyn, New York
                                       March 8, 2023
 6    OZY MEDIA, INC.,                 11:32 a.m.

 7              Defendant.

 8
                     TRANSCRIPT OF ARRAIGNMENT HEARING
 9                BEFORE THE HONORABLE VERA SCANLON
                    UNITED STATES MAGISTRATE JUDGE
10
      APPEARANCES:
11    For the Plaintiff:          Jonathan Siegel, Esq.
                                  Dylan Stern, Esq.
12                                U.S. Attorney's Office
                                  271 Cadman Plaza East
13                                Brooklyn, NY 11201

14    For the Defendant:          n/a

15    Also Appearing:             CJA On Duty Grainne O'Neill, Esq.

16    Clerk:                      S.G.

17    Court Recorder:             Electronic Sound Recording

18    Transcription Service:      Chris Hwang
                                  Abba Reporting
19                                PO Box 223282
                                  Chantilly, Virginia  20153
20                                (518) 302-6772

21

22

23
      Proceedings recorded by electronic sound recording;
24    transcript produced by transcription service.

25
```

1            (Call to order at 11:32 a.m.)
2            THE CLERK:  Criminal cause for arraignment on the
3    indictment, USA v. Ozy Media Corporation, Ozy Media actually,
4    no corporation here, 23-CR-82.
5            Parties, please state your name for the record
6    appearing for the Government?
7            MR. SIEGEL:  Good morning, Your Honor.  Jonathan
8    Siegel and Dillon Stern for the United States.
9            THE CLERK:  Thank you.  And I guess for Ozy Media?
10           MS. O'NEILL:  Well, I don't want to enter an
11   appearance for Ozy Media, but I am the CJA on duty today and
12   I'm happy to discuss what should happen.
13           THE CLERK:  Okay.
14           MS. O'NEILL:  Grainne O'Neill.
15           THE COURT:  Okay, want to start with you or the
16   Government?
17           MS. O'NEILL:  We can start with me.  I mean, I -- my
18   what I think and I spoke with Deidre (phonetic).  And the issue
19   is that CJA funds can only be used to represent indigent
20   people.
21           And I know that there is some discussion of whether
22   corporations are people, but not for the purposes of CJA.  This
23   is a special program that is designed to help people have
24   lawyers who otherwise couldn't afford them.
25           And I think here we have a corporation that is, A,

```
1    not a person, but B, you know, I just skimmed the indictment
2    and it looks like they were bringing in millions of dollars.
3              So even if they were a person, it doesn't look like
4    they would qualify, but I can't fill out a financial affidavit
5    with someone that's not here and there's really nothing I can
6    do pursuant to CJA.
7              THE COURT:  All right, I mean, this is the point of
8    signing the order with the limited representation to find out
9    what your position is and understanding.
10             All right, so for the Government, we have the letter
11   from you.  Is that what you wanted to happen?  Do you want to
12   put any of that on the record?  What is it your --
13             MR. SIEGEL:  Yeah.
14             THE COURT:  (Indiscernible) and then what you've now
15   heard from CJA counsel?
16             MR. SIEGEL:  Yes, Your Honor.  So just to state the
17   -- what --
18             THE COURT:  Hang on.  You should go back.
19             MR. SIEGEL:  Oh, well.
20             THE COURT:  Yeah.
21             THE CLERK:  Sorry, about that.  Thank you.
22             THE COURT:  Sorry, thank you.
23             MR. SIEGEL:  To state what for the record was
24   probably obvious to all of us in the room, Ozy Media has not
25   appeared.  They were required to do so at 11:00 a.m. today
```

1  based on the summons.
2  　　　　Under Rule 11, there's a procedure for if an
3  organizational defendant doesn't appear.  It's 11 I believe
4  (a)(4).  If the organizational defendant does not appear, the
5  Court automatically enters a plea of not guilty.
6  　　　　But then, the larger question -- so that from our
7  view, that much is straightforward.
8  　　　　The larger question is where do we go from here?
9  Under Rule 4, the Court is authorized to take any action
10 authorized by U.S. law if the corporation fails to appear.
11 Courts have found what that includes is that the Court can
12 appoint counsel for the corporation.
13 　　　　Now Ms. O'Neill's point is well taken that may not be
14 possible under the Criminal Justice Act.  What courts have done
15 depending on the circumstances is they have appointed counsel
16 to be paid at the corporation's expense.  In some instances,
17 they have appointed counsel to act in a pro bono capacity.
18 　　　　I think it may make sense for the Court to take some
19 time and think about who would be an appropriate attorney.
20 This is a large case.  We have over a million documents to
21 produce and whoever represents Ozy is going to have to be
22 producing documents that Ozy is required to produce.
23 　　　　So this is not the run-of-the-mill case that we have
24 going through the courthouse.  So it -- our position would be
25 that the Court should give thought to who would be an

1   appropriate person and what would be the appropriate mechanism
2   to appoint them, either at the corporation's expense or pro
3   bono, but then to really promptly get someone who can stand up
4   for Ozy, so that this case can move forward.
5           The other thing that we would ask that the Court do
6   to make clear is the line between Carlos Watson, the
7   co-defendant and Ozy Media has always been extremely blurry.
8   And it seems that Carlos Watson and his attorneys are
9   continuing to try to blur that line.
10          Last night, Mr. Watson's attorneys filed a letter
11  purportedly on Ozy's behalf, asking for a plea of not guilty to
12  be entered on behalf of Ozy or for an adjournment to be made
13  for Ozy.
14          We would like the Court to make clear what is black
15  letter law that whoever represents Ozy represents Ozy, the
16  corporation, which is separate from Mr. Watson, and that Ozy
17  does have at least one independent director, who should be the
18  person who is speaking for Ozy, as opposed to their indicted
19  CEO.
20          THE COURT:  All right, you want to say anything?
21          MS. O'NEILL:  I --
22          THE COURT:  (Indiscernible.)
23          MS. O'NEILL:  No, I'll just sit here.
24          THE COURT:  Okay, all right.  So the Government's
25  application is that the Court consider who or what firm should

1   be appointed to represent the corporation.  You want to make a
2   submission on this?  I mean --
3           MR. SIEGEL:  I --
4           THE COURT:  -- he was the one that was for this very
5   quick turnaround.
6           MR. SIEGEL:  Your Honor, I don't think it would be
7   appropriate for us to recommend attorneys.
8           THE COURT:  No, that's what I meant.  This what -- I
9   don't even know with this case, so what the parameters are for
10  what you are envisioning would be the workload of the
11  (indiscernible) million documents plus.
12          MR. SIEGEL:  So we have -- we have over a million
13  documents to produce.
14          THE COURT:  Uh-huh.
15          MR. SIEGEL:  Ozy itself was a going concern at least
16  until recently and has documents of its own that need to be
17  reviewed, but likely number in the many millions.
18          So this is a big-time consuming job.  I know there
19  are many members of the bar, who take on cases like this and
20  are able to do cases like this.
21          And I think it's a question for the Court to find who
22  is the appropriate person who has the availablity and the
23  capacity to do this.
24          THE COURT:  The financial circumstances are what?
25          MR. SIEGEL:  Of the company?

1          THE COURT:  Yes.

2          MR. SIEGEL:  Mysterious is the answer.

3          THE COURT:  Okay, well, all right, but your
4    suggestion was that the company pay the attorney?

5          MR. SIEGEL:  What courts --

6          THE COURT:  (Indiscernible?)

7          MR. SIEGEL:  What courts have generally done is that
8    it is the corporation's responsibility to pay and the Court
9    orders that.

10         If the company can make a showing that it is
11   insolvent and cannot pay, then I think there needs to be a
12   determination of if it is appropriate to appoint someone pro
13   bono to do it, which courts have done.

14         THE COURT:  All right, are there any upcoming dates
15   in the case?

16         MR. SIEGEL:  Yes, Your Honor.  There's a status
17   conference scheduled for both Mr. Watson and Ozy Media on April
18   3rd.

19         Given that Ozy hasn't appeared, it's not clear
20   whether the speedy trial clock has even started for Ozy, but in
21   an abundance of caution, we would move that to the extent the
22   speedy trial clock has started, that time be excluded from now
23   until April 3rd.

24         That will allow time for the Court to identify and
25   appoint counsel for Ozy and allow time for the parties to

1   confer about discovery, which is going to be large and
2   complicated in this case.
3            And I'll note that Judge Pollak previously entered an
4   order of excludable delay as to Defendant Watson up through
5   April 3rd.
6            THE COURT:  Okay, all right.  We'll enter a plea of
7   not guilty and without determining whether (indiscernible) or
8   not, to the extent it has time to be excluded, because it
9   sounds like an awful lot of discovery at a minimum.  And
10  (indiscernible) yet or no nothing?
11           MR. SIEGEL:  There's been no motion or ruling on
12  that.
13           THE COURT:  Okay.  All right, so time excluded
14  through the conference with the district judge for Ozy Media as
15  it was for Watson.
16           And certainly the public's interest and interest of
17  justice and the corporation's interest (indiscernible) figure
18  out what's going on.  Okay, anything else?
19           MR. SIEGEL:  Not from the Government, thank you, Your
20  Honor.
21           THE COURT:  Okay, you're off the hook.
22           MS. O'NEILL:  Thank you, Judge.
23           UNIDENTIFIED SPEAKER:  Thank you.
24           THE COURT:  (Indiscernible) I think the application
25  as signed was just a representation through this appearance.

1             MS. O'NEILL:  Sounds good.

2             THE COURT:  All right.

3             MS. O'NEILL:  Thank you.

4             MR. SIEGEL:  Thank you, Your Honor.

5             UNIDENTIFIED SPEAKER:  Great, thank you.

6        (Recess taken at 11:41 a.m., recommencing at 11:52 a.m.)

7             THE CLERK:  We're back on the record, USA v. Ozy
8    Media.  Second call.

9             MR. SIEGEL:  Your Honor, Jonathan Siegel for the
10   United States.  Good morning.

11            THE COURT:  All right, we're in the strange position
12   of not having counsel or an appearance, but since the
13   obligation under 5(f) rests with the Government, the Government
14   is reminded of its 5(f) obligations under the Federal Rules of
15   Criminal Procedure, as well as Brady v. Maryland and its
16   progeny and that line of cases.

17            The Government has to disclose to the Defense all
18   information favorable to an accused that's material either to
19   guilt or to punishment and known to the prosecution.

20            And prosecution shall disclose such information to
21   the defense promptly after its existence becomes known to the
22   prosecution so the defense can make effective use of the
23   information in the preparation of its case.  The Court will
24   enter a more detailed order in this regard.

25            So, for the Government, do you understand your

```
1    obligations under 5(f) and Brady?
2             MR. SIEGEL:  Yes, Your Honor.
3             THE COURT:  And will the Government comply?
4             MR. SIEGEL:  Yes, Your Honor.
5             THE COURT:  Will the Government read the order that's
6    entered and comply with it?
7             MR. SIEGEL:  Yes, Your Honor.
8             THE COURT:  All right, I will note, even though we're
9    putting on the record, this may be something that should be
10   raised when there is counsel so that counsel is aware of these
11   obligations and the Government's commitment to comply with
12   them.
13            Obviously, we expect counsel to be familiar with it,
14   but having it said on the record, I think, is a helpful
15   exercise.  So when we get the counsel issue resolved, you can
16   re-visit this.  All right.
17            MR. SIEGEL:  Thank you very much, Your Honor.
18            THE COURT:  Anything else?
19            MR. SIEGEL:  No, thank you.
20            THE COURT:  All right.  Thank you.
21            THE CLERK:  Okay.
22         (Proceedings concluded at 11:54 a.m.)
23
24
25
```

1    **CERTIFICATE**

4    I, Chris Hwang, court approved transcriber, certify
5    that the foregoing is a correct transcript from the official
6    electronic sound recording of the proceedings in the above-
7    entitled matter.

13    _____        March 9, 2023
14         Chris Hwang                    Date
15         Court Reporter