**SHER TREMONTE** LLP

April 14, 2023

**BY ECF**

The Honorable Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *United States v. Carlos Watson et al.*, 23-CR-82 (EK)

Dear Judge Komitee:

      We represent Carlos Watson. We write with the consent of the government to respectfully request that the Court issue an unsealing order for the transcripts of the arraignment and plea hearings that occurred on February 14, 2023, in *United States v. Suzee Han,* 23-CR-48 (EK), Dkt. No. 10, and on February 21, 2023, in *United States v. Samir Rao,* 23-CR-47 (EK), Dkt. No. 12. We have been informed by the government that both matters are unsealed.  However, the court reporters also require an unsealing order as to the transcripts.  Accordingly, we respectfully request that, by so ordering this letter, the Court unseal the transcripts in both matters.  We appreciate the Court's consideration.

      Respectfully submitted,

      /s/
      Noam Biale
      Justine A. Harris
      Neesha Chhina
      SHER TREMONTE LLP

      *Attorneys for Carlos Watson*

cc:      All counsel (by ECF)