# RONALD SULLIVAN LAW, PLLC

### Ronald S. Sullivan Jr.

January 29, 2024

**BY ECF**

The Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 112011

Re: U.S. v. Carlos Watson and Ozy Media, Inc.

Dear Judge Komitee:

This letter responds to the Government's letter (ECF #108) of even dated that purports to respond to my letter (ECF #107) filed earlier today.

In the Government's letter, it – quite remarkably – claims that ECF # 107 does not answer two of the Court's questions. By taking the time to actually read my letter, the Government would not make such a facially absurd claim. The question as to how many documents were inadvertently disclosed may be clearly and explicitly found in paragraph three and the fifth word into that sentence. For good measure, the number of inadvertently disclosed documents may also be found – clearly and explicitly – in paragraph four and the sixth word in that sentence.

As to how the inadvertently disclosed documents were used in the civil case, I respectfully point the Government to paragraphs two, three, and five. Reading those paragraphs together responds to the second question the Government complains of.

Sincerely,

Ronald S. Sullivan Jr.
*Counsel to Carlos Watson*

(202) 313-8313
rsullivan@ronaldsullivanlaw.com

1300 I Street NW, Suite 400E
Washington, DC 20005