# RONALD SULLIVAN LAW, PLLC
### Ronald S. Sullivan Jr.

August 7, 2024

<u>By ECF</u>

The Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Carlos Watson and Ozy Media, Inc.
       Criminal Docket No. 23-82 (EK)

Dear Judge Komitee:

  I am requesting leave to appear by telephone on Friday, August 9, 2024, due to previously scheduled travel plans that day. Thank you in advance for your consideration of this request.

Respectfully submitted,

**RONALD SULLIVAN LAW PLLC**

_____/s/_____
Janine Gilbert, Esq.
*Counsel for Carlos Watson*