RONALD SULLIVAN LAW, PLLC

Ronald S. Sullivan Jr.

August 15, 2024

**BY ECF**
The Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 112011

Re: U.S. v Calos Watson; Motion to Accept Cash Bail

Dear Judge Komitee:

To perfect the $1,000,000 pledge from Kosmas Kalliarekos, he has agreed to deposit $1m cash with the clerk of court's office. The clerk's office advises that it requires an order to accept cash bail. Attached hereto is an order in form similar to what the clerk's office provided.

We respectfully request that the Court sign the order so that these funds may be deposited. In accord with this Court's rules, we have also attached the draft order in word format.

Sincerely,

/s/

______________________
Ronald S. Sullivan Jr.
Janine Gilbert, Esq.

(202) 313-8313
rsullivan@ronaldsullivanlaw.com
1300 I Street NW, Suite 400E
Washington, DC 20005