UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X
UNITED STATES OF AMERICA,

**DRAFT ORDER FOR ACCEPTANCE OF CASH BAIL AND PLACEMENT IN INTEREST-BEARING ACCOUNT**

-against-

Docket No. 23-cr-0082 (EK)

---------CAROLOS WATSON-------------X

Bail having been fixed by Hon. Vera M. Scanlon, in the above entitled action in the amount of $3,000,000.00. The government having appealed this decision to Hon. Eric R. Komitee. To perfect the $1,000,000.00 cash pledge from surety Kosmas Kalliarekos, Mr. Watson moves for an Order for Acceptance of Cash Bail and Order to Place Cash Bail in an interest-bearing account. The cash is to be deposited with the Clerk of the Court.

It is hereby ordered that the Clerk, United States District Court for the Eastern District of New York accept the said amount of $1,000,000.00 when tendered on behalf of Mr. Watson and the said amount be placed in an interest-bearing account.

**SO ORDERED.**

**Dated: Brooklyn, New York**

**______________________**

**______________________________________**
**Eric R. Komitee**
**UNITED STATES DISTRICT JUDGE**

**Receipt No. ________________**
**Money Deposited By:________________________________**

**address & Telephone** ______________________________

______________________________

______________________________

______________________________