UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X
UNITED STATES OF AMERICA,

**ORDER**
**FOR ACCEPTANCE OF CASH BAIL**

-against-

Docket No. 23 CR 82

Carlos Watson-----------------X

Bail having been fixed by Hon. Vera M. Scanlon in the above entitled action in the amount of $ 3,000,000.00 of which sum $ 1,000,000.00 in cash is to be deposited with the Clerk of the Court.

It is hereby ordered that the Clerk, United States District Court for the Eastern District of New York accept the said amount of $ 1,000,000.00 when tendered on behalf of the above defendant.

**SO ORDERED.**

**Dated: Brooklyn, New York**
August 22, 2024

UNITED STATES MAGISTRATE JUDGE

**Receipt No.** 1507002645
**Money Deposited By:** Ronald S. Sullivan / Ronald Sullivan Law PLLC
**address & Telephone** 1300 I Street NW
Suite 400E
Washington, DC 20005
202-313-8313

Generated: Aug 23, 2024 9:08AM

# U.S. District Court

## New York Eastern - Brooklyn

**THIS IS A COPY**

Receipt Date: Aug 23, 2024 9:07AM

CARLOS WATSON

Rcpt. No: 100016362 | Trans. Date: Aug 23, 2024 9:07AM | Cashier ID: #SM

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 700 | Criminal Debt | DNYE23-CR00082 /001<br>CARLOS WATSON | 1 | 1000000.00 | 1000000.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #1507002645 | 08/23/2024 | $1,000,000.00 |
| | | | Total Due Prior to Payment: | $1,000,000.00 |
| | | | Total Tendered: | $1,000,000.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

Only the Original Power Of Attorney [illegible] [illegible] surety

**POWER OF ATTORNEY**

**EMPIRE BONDING & INSURANCE COMPANY**

297 Forksurst Road-Oceanside, NY 11572-PHONE (516) 536-5555

POWER # 2024-II-000326

THIS POWER OF ATTORNEY IS NULL AND VOID UNLESS USED BEFORE [illegible] 2025

KNOW ALL MEN BY THESE PRESENTS, that EMPIRE BONDING & INSURANCE COMPANY, a corporation duly organized and existing under the laws of the State of NEW YORK hereby constitutes and appoints, subject to any General Qualifying Power of Attorney or other legal prerequisite, as its true and lawful attorney-in-fact the person signing below as Attorney-In-Fact, with full power and authority to sign the Company's name and affix its corporate seal to, and deliver on its behalf as surety, any and all obligations as herein provided, and the execution of such obligations in pursuance of these presents shall be as binding upon the Company as fully and to all intents and purposes as if done by the regularly elected officers at its home office in their own proper person; and the Company hereby ratifies and confirms all and whatsoever its attorney-in-fact may lawfully do and perform in the premises by virtue of these presents.

THE OBLIGATION OF THE COMPANY SHALL NOT EXCEED THE SUM OF THREE HUNDRED THOUSAND DOLLARS. THIS POWER OF ATTORNEY IS VOID IF ALTERED OR ERASED, VOID IF USED TO FURNISH BAIL ON THE SUBJECT BOND IN EXCESS OF THE STATED MAXIMUM AMOUNT OF THIS POWER AND VOID IF USED WITH OTHER POWERS OF THIS COMPANY OR OTHER POWERS OF OTHER COMPANIES TO MAKE BAIL ON THE SUBJECT BOND. EACH POWER OF ATTORNEY CAN ONLY BE USED ONCE AND MAY BE EXECUTED ONLY FOR PERFORMANCE ON CRIMINAL BAIL BONDS.

NOT VALID FOR IMMIGRATION BONDS

Bond Amount: 300,000

Defendant: CArlos WATSON

First Court Date: 11/18-24 Case Number: 23 CR 82

Defendant's Address: 435 Kent DR MT View CAlF

Court: EAstern County: B.K.

Offense(s): FrauD

Date Of Execution: Aug-22-24 Court Assigned Agent #:

Attorney-In-Fact: IRA Judelson

Print Name Signature

IN WITNESS WHEREOF, EMPIRE BONDING & INSURANCE CO. by virtue of authority conferred by its Board of Directors has caused these presents to be sealed with its corporate seal, signed by its President and attested by its Secretary, this [illegible] day of April 20[illegible]

President

Secretary

1. A separate power of attorney must be attached to each bond executed.
2. Power of Attorney must not be returned to Attorney-in-fact, but should remain a permanent part of court records.
3. The authority of such attorney-in-fact is limited to appearance bonds and cannot be construed to guarantee defendant's future lawful conduct, adherence to release conditions, travel limitations, payment of fines, restitution, or penalties, or any other conditions imposed by a court not specifically related to court appearances.