```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

  UNITED STATES,
                                            MEMORANDUM & ORDER
                                              23-CR-82(EK)
            -against-

  CARLOS WATSON,

                        Defendant.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

The parties are respectfully directed to be prepared to address the following questions at sentencing in this case (and, if they choose, in their written submissions beforehand):

1. What proportion of the funds raised via the charged scheme flowed into the operations of Ozy Media's business, versus flowing to Mr. Watson or other individuals?

2. Which federal criminal cases from the last (roughly) fifteen years presented the most comparable sets of sentencing factors, and why?

       /s/ Eric Komitee
       ERIC KOMITEE
       United States District Judge

Dated:    September 13, 2024
           Brooklyn, New York