UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------- x

UNITED STATES OF AMERICA

         - v -                                     Criminal Case No. 23-00082 (EK)

CARLOS WATSON and                    **NOTICE OF MOTION**
OZY MEDIA, INC.,                      *ORAL ARGUMENT REQUESTED*

         Defendants.

-------------------------------------------------- x

PLEASE TAKE NOTICE that, on the accompanying Memorandum of Law and exhibits thereto, Defendants Carlos Watson and OZY Media, Inc. will move this Court at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be set by the Court for an order disqualifying the Honorable Eric R. Komitee from this case, vacatur of the convictions of the Defendants, and dismissal of the indictment or, alternatively, random reassignment of the case to a different district judge and a new trial.

Dated: October 25, 2024

                                                                              Respectfully submitted,

                                                                              */s/ Andrew J. Frisch*
                                                                              Andrew J. Frisch
                                                                              The Law Offices of Andrew J. Frisch, PLLC
                                                                              40 Fulton Street, 17th Floor
                                                                              New York, New York 10038
                                                                              (212) 285-8000
                                                                              *afrisch@andrewfrisch.com*

                                                                              *Attorney for Carlos Watson and OZY Media, Inc.*