UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

UNITED STATES OF AMERICA,

                                                    **ORDER**
                                              23-CR-82(EK)
            -against-


CARLOS WATSON and OZY MEDIA, INC.,

                Defendants.

-------------------------------------x
ERIC KOMITEE, United States District Judge:

        Upon consideration of Carlos Watson's motion for
exoneration of bond, it is hereby ordered that:

        1. The bond set in the above-captioned matter is
hereby exonerated, and the collateral listed below is hereby
released:

        (a) VA family land located at Gloucester County,
Virginia (Tract # GLO94027; East Chestnut Fork Rd. and Horseshoe
Lane; 42.13 acres used for forestry) posted by Lois Blackshear,
Mildred Chaney, Susie Carolyn Thomas, Jeannette Shegog, James
Arond Thomas, Beverly Watson, Carlos Watson, Carolyn Watson,
Carla Watson Rieger, Gary Thomas, Terri Thomas, and Allen Thomas
as collateral for the amount of $750,000, and recorded with the
Gloucester County Clerk's Office on August 5, 2024 (Case No.
073CLR240002971; Receipt No. 24000007444; Transaction No.
24080500001).

(b) Any other lien related to this matter recorded with the Gloucester County Clerk's Office.

(c) Condominium located at 1831 Belmont Road, NW, Washington, D.C. 20009, posted by Beverly Watson as collateral for the amount of $100,000 (later updated to $415,000), originally recorded with the District of Columbia Recorder of Deeds on August 5, 2024 (subsequently updated by Lien #1: August 15, 2024, No. 2024078898; and Lien #2: August 23, 2024, No. 2024075579).

(d) Section 457(b) plan by One America, posted by Annye Watson as collateral for the amount of $130,000, under the bail bond with Empire Bonding & Insurance Co.

(e) Home located at 520 Main Street, Hatfield, MA 01038, posted by GL Estes Wallace and Allison Wallace Estes as collateral for the amount of $100,000, and recorded with the Hampshire Registry of Deeds on August 5, 2024 (Recording Nos. 00012037 [Book 15203, Page 289]; 00012038 [Book 15203, Page 290]; 00012039 [Book 15203, Page 292]).

(f) $1,000,000 cash posted by Kosmas Kalliarekos as collateral, which was deposited with the Clerk of Court via a certified check from the Ronald Sullivan Law PLLC trust account.

(g) Home located at 435 Kent Drive, Mountain View, CA 94043, posted by Carlos Watson as collateral by a deed of trust executed on March 10, 2023 (Recording No. 25451272).

(h) Cash (money market account from Truist Bank) posted by Amy Troner as collateral for the amount of $12,500, under the bail bond with Empire Bonding & Insurance Co.

(i) Cash (money market account from Truist Bank) posted by Michael Troner as collateral for the amount of $50,000, under the bail bond with Empire Bonding & Insurance Co.

(j) $57,876 from TIAA-CREF retirement account, $12,000 from a TIAA-CREF mutual fund account, $23,000 in non-IRA funds from Ameriprise Investment portfolio, and $7,124 in cash, posted by Jacqueline Mattis as collateral for the amount of $100,000, under the bail bond with Empire Bonding & Insurance Co.

2. The sureties (Beverly Watson, Carolyn Watson, Annye Watson, and Terri Thomas) are released from further obligation under the bond.


SO ORDERED.


　　　　　/s/ Eric Komitee
ERIC KOMITEE
United States District Judge


Dated:　　April 10, 2025
　　　　　Brooklyn, New York